1  Leon Tuan (SBN 130995)
   Eugene K. Chang (SBN 209568)
2  STEIN & LUBIN LLP
   Transamerica Pyramid
3  600 Montgomery Street, 14th Floor
   San Francisco, California  94111
4  Telephone:    (415) 981-0550
   Facsimile:    (415) 981-4343
5  ltuan@steinlubin.com
   echang@steinlubin.com
6
   Attorneys for
7  WESTWOOD ASSOCIATES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| KT ONE, LLC, | Case No.  CV 10 3269 TEH |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| WARREN C. WINCORN, et al., | |
| Defendants. | |

41610002/417495v1                                1                                Case No. CV 10 3269 TEH

STIPULATION

1   Plaintiff KT One, LLC and Defendant Westwood Associates, LLC hereby
2   stipulate that Defendant Westwood Associates, LLC will have up to and including September 7,
3   2010 to respond to the complaint of Plaintiff KT One, LLC.
4   IT IS SO STIPULATED.

5   Dated: August 19, 2010                STEIN & LUBIN LLP

7                           By:  /s/ Eugene Chang
8                                Eugene Chang
                                 Attorneys for Defendant
9                                WESTWOOD ASSOCIATES, LLC

10  Dated: August 19, 2010                PIRCHER, NICHOLS & MEEKS

12                          By:  /s/s James L. Goldman
                                 JAMES L. GOLDMAN
13                               Attorneys for Plaintiff
                                 KT ONE, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Thelton E. Henderson
08/19/10

41610002/417495v1              2                   Case No. CV 10 3269 TEH
STIPULATION