STEVEN B. PISER, SBN 62414
LAW OFFICES OF STEVEN B. PISER
A Professional Corporation
499 – 14th Street, Suite 210
Oakland, California 94612
Telephone: (510) 835-5582
Facsimile: (510) 832-1717

Attorneys for Defendants
WARREN C. WINCORN, PEGGY BROADLEY WINCORN, individually and as Trustees of THE WARREN C. WINCORN and PEGGY BROADLEY WINCORN 1982 Revocable Trust Dated October 5, 1982, as Amended and Restated December 1, 2000 and ERIC T. WINCORN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KT ONE, LLC, an Arizona limited liability company,<br><br>    *Plaintiff,*<br><br>    vs.<br><br>WARREN C. WINCORN and PEGGY BROADLEY WINCORN, individually and as Trustees of THE WARREN C. WINCORN and PEGGY BROADLEY WINCORN 1982 REVOCABLE TRUST DATED OCTOBER 5, 1982, AS AMENDED AND RESTATED DECEMBER 1, 2000; WESTWOOD ASSOCIATES, L.L.C., a limited liability company; and ERIC T. WINCORN, an individual; DOES 1 through 25, inclusive,<br><br>    *Defendants.* | **CASE NO. CV 10 3269 TEH**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

It is hereby stipulated by and between the parties hereto that defendants Warren C. Wincorn and Peggy Broadley Wincorn, individually and as Trustees and Eric T. Wincorn may have to and including September 7, 2010 to answer or otherwise respond to the complaint on file

08/18/2010  16:31   15108321717                    LAW OFFICES                                    PAGE   04/13

1  herein.

2       SO STIPULATED.

3                                                        LAW OFFICES OF STEVEN B. PISER
                                                         A Professional Corporation
4

5  DATED: August 19, 2010       By: _____
6                                    STEVEN B. PISER
                                     Attorney for Defendants
7

8                                                        PIRCHER, NICHOLS & MEEKS
9

10 DATED: August 19, 2010       By: _____
                                     JAMES L. GOLDMAN
11                                   Attorney for Plaintiff

12       IT IS SO ORDERED:
13       _____
14       Thelton E. Henderson
15       United States District Judge
16       08/19/10

17

18                  //

19

20

21

22

23

24

25

26

27

28