IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KT ONE, LLC, | |
|            Plaintiff, | NO. C10-3269 TEH |
| v. | ORDER SETTING BRIEFING SCHEDULE |
| WARREN C. WINCORN, et al., | |
|            Defendants. | |

On September 3, 2010, Defendants noticed a motion to dismiss for hearing on November 1, 2010. IT IS HEREBY ORDERED that Plaintiff's opposition or statement of non-opposition to this motion shall be filed on or before **September 27, 2010,** and Defendants' reply shall be filed on or before **October 4, 2010.**

**IT IS SO ORDERED.**

Dated: 09/08/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT