UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KT ONE, LLC,<br><br>        Plaintiff,<br><br>    vs.<br><br>WARREN C. WINCORN and PEGGY BROADLEY WINCORN, individually and as Trustees of THE WAREN C. WINCORN AND PEGGY BROADLEY WINCORN 1982 REVOCABLE TRUST DATED OCTOBER 5, 1982, AS AMENDED AND RESTATED DECEMBER 1, 2000; WESTWOOD ASSOCIATES, L.L.C., a limited liability company; and ERIC T. WINCORN, an individual; DOES 1 through 25, inclusive,<br><br>        Defendants. | Case No. CV-10-3269 TEH<br><br>[PROPOSED] ORDER APPROVING STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE<br><br>Current Date: November 1, 2010<br>Proposed Date: November 22, 2010 |

Good cause appearing therefor, the parties' Stipulation to Continue Initial Case Management Conference dated September 17, 2010 is hereby approved. Therefore,

    a.  The initial case management conference is continued to November 22, 2010.

    b.  The deadlines set forth in the Court's Order Setting Initial Case

7672448.3

1                                                    CV-10-3269 TEH
[PROPOSED] ORDER APPROVING STIPULATION TO TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

1  Management Conference and ADR Deadlines filed on July 26, 2010 are as follows:
2  All items previously scheduled for completion by October 11, 2010 shall be
3  completed by November 1, 2010, and the item scheduled for completion by October
4  25, 2010 shall be completed by November 15, 2010.

5  **It is so ordered**.

6  DATED: _____09/20_____, 2010



Thelton E. Henderson, Judge
United States District Court

PIRCHER, NICHOLS & MEEKS
ATTORNEYS AT LAW
1925 CENTURY PARK EAST, SUITE 1700
LOS ANGELES, CALIFORNIA 90067
TEL 310.201.8900 • FAX 310.201.8922

7672448.3

2

CV-10-3269 TEH

[PROPOSED] ORDER APPROVING STIPULATION TO TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE