JAMES L. GOLDMAN (State Bar Number 57127)
(jgoldman@pircher.com)
PIRCHER, NICHOLS & MEEKS
1925 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: 310.201.8900
Facsimile: 310.201.8922

Attorneys for Plaintiff KT ONE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KT ONE, LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>WARREN C. WINCORN, et al.,<br><br>  Defendants. | Case No. CV-10-3269 TEH<br><br>**NOTICE OF DISMISSAL** |

TO THE COURT AND TO ALL PARTIES THAT HAVE APPEARED HEREIN:

PLEASE TAKE NOTICE that Plaintiff hereby dismisses this action without prejudice pursuant to Rule 41(a)(1)(A)(i). None of the defendants have filed an answer or motion for summary judgment.

DATED: September 28, 2010       PIRCHER, NICHOLS & MEEKS

By: /s/ James L. Goldman
James L. Goldman
Attorneys for Plaintiff KT ONE, LLC

IT IS SO ORDERED
/s/ Thelton E. Henderson
Judge Thelton E. Henderson
09/28/10

7684276.1

1
NOTICE OF DISMISSAL

CV-10-3269 TEH